RCC

FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1107**

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| -vs.- | ) | |
| | ) | |
| EMERSON ELECTRIC COMPANY dba | ) | |
| U.S. ELECTRICAL MOTORS, INC., et | ) | LOCAL RULE 3.2 NOTIFICATION OF |
| al., | ) | AFFILIATES AND DISCLOSURE |
| | ) | STATEMENT OF OTIS ELEVATOR |
| Defendants. | ) | COMPANY |

**JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER**

Pursuant to Local Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff Otis Elevator Company hereby discloses that it is a 100% direct wholly owned subsidiary of United Technologies Corporation, a publicly owned corporation.

Respectfully submitted,

s/ Steven P. Rouse
STEVEN P. ROUSE (6189672)
MENGES & MOLZAHN, L.L.C.
20 North Clark Street, Suite 2300
Chicago, IL  60602-5002
Telephone:  (312) 917-1880
Facsimile:  (312) 917-1851
E-Mail:  pcr@menges.com

*Attorneys for Plaintiff*
*Otis Elevator Company*

52373.00155.982628.1

*Of Counsel*:

HARRY D. CORNETT, JR. (0013179)
THOMAS W. BAKER (0070558)
Tucker Ellis & West LLP
925 Euclid Avenue
1150 Huntington Building
Cleveland, Ohio  44115-1475
Telephone:  (216) 592-5000
Facsimile:  (216) 592-5009
E-Mail:  Hcornett@tuckerellis.com
　　　　　TBaker@tuckerellis.com