UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR COMPANY | Case No. 08 C 1107 |
| Plaintiffs, | Honorable Judge Guzman<br>Magistrate Judge Schenkier |
| vs. | |
| EMERSON ELECTRIC COMPANY dba U.S. ELECTRICAL MOTORS, INC., et al. | |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES the undersigned, Steven P. Rouse, a duly admitted member of the bar of the State of Illinois, and requests this Honorable Court, pursuant to Local Rule 83.14, to admit Thomas W. Baker, *pro hac vice*, as attorney for the plaintiff Otis Elevator Company, in the above matter. In support of this Motion, I state as follows:

1. I am a member in good standing of the Bar of the State of Illinois, having been admitted in practice in 1985, and I am a member of the law firm of Menges & Molzahn, LLC attorneys of record for the plaintiff.

2. Thomas W. Baker is a member in good standing of the Bar of Ohio, having been admitted to practice in 1999, and is admitted to practice before all courts in that jurisdiction. (See, Application for Leave to Appear Pro Hac Vice, attached hereto and incorporated herein as Exhibit A).

3. Thomas W. Baker is also admitted to practice before the U.S. District Court, Eastern District of Michigan, and the U.S. Court of Appeals, Sixth Circuit.

4. Thomas W. Baker is an attorney with the law firm of Tucker Ellis & West, LLP, with offices at 925 Euclid Avenue, 1150 Huntington Building, Cleveland Ohio 44115-1414.

5. Pursuant to Local Rule 83.14, I hereby request this Honorable Court to permit Thomas W. Baker to appear of record and participate *pro hac vice* in all proceedings concerning the above-captioned matter.

WHEREFORE, Pursuant to Local Rule 83.14, I request the Court to enter an order admitting Thomas W. Baker, as an attorney *pro hac vice* for the plaintiff, Otis Elevator Company, in this matter.

Respectfully submitted,

By */s/ Steven P. Rouse*
Steven P. Rouse, Esq., Attorney for
plaintiff, OTIS ELEVATOR COMPANY.

Steven P. Rouse
Menges & Molzahn, LLC
20 N. Clark Street, Suite 2300
Chicago, IL 60602
Phone: (312) 917-1880
Fax: (312) 917-1851
(ARDC# 6189672)

Doc:346967_1

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Otis Elevator Company, | Plantiff(s) |
|---|---|---|
| | VS. | |
| | Emerson Electric Company d/b/a U.S. Electrical Motors and Champlain Cable Corporation, | Defendant(s) |
| Case Number: 08 C 1107 | Judge: Ronald Guzman | |

I, Thomas W. Baker _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Otis Elevator Company _____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| See attached Appendix | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | None | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

EXHIBIT A

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☑ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_____2/25/08_____          _____[signature]_____
Date                                                Signature of Applicant

| Applicant's Name | Last Name<br>Baker | First Name<br>Thomas | Middle Name/Initial<br>W. |
|---|---|---|---|
| Applicant's Law Firm | Tucker Ellis & West LLP | | |
| Applicant's Address | Street Address (include suite or room number)<br>925 Euclid Avenue, 1150 Huntington Building | | State Bar Number<br>0070558 |
| | City<br>Cleveland | State<br>Ohio | ZIP Code<br>44115-1414 | Work Phone Number<br>(216) 592-5000 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____          _____
                                                                    United States District Judge

## APPENDIX TO THOMAS W. BAKER
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Title of Court | Date Admitted |
| --- | --- |
| State of Ohio | 5/17/99 |
| United States District Court, Northern District of Ohio | 1/5/00 |
| United States District Court, Southern District of Ohio | 12/21/05 |
| United States District Court, Eastern District of Michigan | 1/7/03 |
| United States Court of Appeals, Sixth Circuit | 8/8/02 |