U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 1107

Otis Elevator Company, Plaintiff v. Emerson Electric Company
dba U.S. Electrical Motors, Inc., et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Otis Elevator Company

| | |
|---|---|
| NAME (Type or print) <br> Thomas W. Baker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas W. Baker | |
| FIRM <br> Tucker Ellis & West LLP | |
| STREET ADDRESS <br> 925 Euclid Avenue, Suite 1150 | |
| CITY/STATE/ZIP <br> Cleveland, Ohio 44115-1414 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (216) 592-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✔   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |