# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR COMPANY, ) | CASE NO. 08 C 1107 |
| ) | |
| Plaintiff, ) | JUDGE RONALD A. GUZMAN |
| ) | Magistrate Judge Sidney I. Schenkier |
| -vs.- ) | |
| ) | |
| EMERSON ELECTRIC COMPANY dba ) | |
| U.S. ELECTRICAL MOTORS, INC., et ) | **MOTION TO CONTINUE CASE** |
| al., ) | **STATUS HEARING** |
| ) | |
| Defendants. ) | |

Plaintiff Otis Elevator Company ("Otis") respectfully requests that this Court continue the Status Hearing currently scheduled for March 25, 2008 at 9:30 a.m. Otis filed its Complaint on February 22, 2008. Under Rule 4(m) of the Federal Rules of Civil Procedure, Otis has 120 days from that date to obtain service on Defendants Emerson Electric Company dba U.S. Electrical Motors, Inc. and Champlain Cable Corporation (collectively, "Defendants"). Pursuant to Civ.R. 4(d) and in order to avoid incurring unnecessary costs of service, Otis is notifying the Defendants of the commencement of this action and requesting that they waive service of a summons.

Otis anticipates that the Defendants will not be required to respond to the Complaint until May 19, 2008, at the earliest, and may not enter an appearance before that date. Therefore,

Otis respectfully requests that the Status Hearing currently scheduled for March 25, 2008 be continued to a date after May 19, 2008.

        Respectfully submitted,

        s/Thomas W. Baker
        HARRY D. CORNETT, JR. (*pro hac vice*)
        THOMAS W. BAKER (*pro hac vice*)
        Tucker Ellis & West LLP
        925 Euclid Avenue
        1150 Huntington Building
        Cleveland, Ohio 44115-1414
        Telephone:  (216) 592-5000
        Facsimile:  (216) 592-5009
        E-Mail:  HCornett@tuckerellis.com
                TBaker@tuckerellis.com

        STEVEN P. ROUSE **(6189672)**
        MENGES & MOLZAHN, L.L.C.
        20 North Clark Street, Suite 2300
        Chicago, IL 60602-5002
        Telephone:  (312) 917-1880
        Facsimile:  (312) 917-1851
        E-Mail:  pcr@menges.com

        *Attorneys for Plaintiff*
        *Otis Elevator Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, a copy of the foregoing Motion to Continue Case Status Hearing was filed and notice of this filing will be sent by operation of the Court's electronic filing system.

        s/Thomas W. Baker
        HARRY D. CORNETT, JR. (*pro hac vice*)
        THOMAS W. BAKER (*pro hac vice*)
        Tucker Ellis & West LLP
        925 Euclid Avenue
        1150 Huntington Building
        Cleveland, Ohio 44115-1414
        Telephone: (216) 592-5000
        Facsimile: (216) 592-5009
        E-Mail: HCornett@tuckerellis.com
                TBaker@tuckerellis.com

        STEVEN P. ROUSE **(6189672)**
        MENGES & MOLZAHN, L.L.C.
        20 North Clark Street, Suite 2300
        Chicago, IL 60602-5002
        Telephone: (312) 917-1880
        Facsimile: (312) 917-1851
        E-Mail: pcr@menges.com

        *Attorneys for Plaintiff*
        *Otis Elevator Company*