UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Otis Elevator Company
                        Plaintiff,

v.                                        Case No.: 1:08−cv−01107
                                                   Honorable Ronald A. Guzman

Emerson Electric Company, et al.
                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman: Status hearing set for 5/23/08 is reset to 5/28/2008 at 09:30 AM. on Court's own motion. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.