## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-01107 |

OTIS ELEVATOR COMPANY, Plaintiff,

v.

EMERSON ELECTRIC COMPANY d/b/a
U.S. ELECTRICAL MOTORS, INC., and
CHAMPLAIN CABLE CORPORATION, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMERSON ELECTRIC CO.

| |
|---|
| NAME (Type or print)<br>John W. Bell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John W. Bell |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00161934 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [✓] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [✓] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [✓] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [✓] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]        APPOINTED COUNSEL [ ]