## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMERSON ELECTRIC COMPANY d/b/a )<br>U.S. ELECTRICAL MOTORS, INC. )<br>)<br>-and- )<br>)<br>CHAMPLAIN CABLE CORPORATION )<br>)<br>Defendants. ) | Case No. 08 C 1107<br><br>Hon. Ronald A. Guzman<br>Magistrate Judge Sidney I. Schenkier |

### DEFENDANT CHAMPLAIN CABLE CORPORATION'S
### AGREED MOTION FOR AN EXTENSION OF TIME IN WHICH
### TO ANSWER OR OTHERWISE PLEAD

Defendant Champlain Cable Corporation ("Champlain"), by and through its attorneys, Schopf & Weiss LLP, hereby files it Agreed Motion for an Extension of Time in Which to Answer or Otherwise Plead to Plaintiff Otis Elevator Company's Complaint, pursuant to Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure. In support of this motion, Champlain states the following:

1. Champlain requests a three-week extension of time to June 9, 2008, to answer or otherwise plead to Plaintiff's complaint.

2. Champlain only recently obtained counsel and is still in the process of its initial investigation of the facts in this matter.

181505_1.DOC

3.       Toward that end, the parties have arranged to confer over this matter in early June with the hope of either advancing the resolution of this dispute or streamlining the issues.

4.       An extension of time would assist Champlain to both explore the underlying facts in this matter and present its defenses in a more effective manner.

5.       Champlain does not seek this seek this extension for purposes of delay or for any other improper purpose.

6.       No party will be prejudiced by this motion.

7.       Plaintiff has agreed to this request.

WHEREFORE, Champlain respectfully requests that the Court grant this Motion and extend the time in which Champlain can file its response to Plaintiff's Complaint to June 9, 2008.

Dated:  May 19, 2008                             Respectfully submitted,

*/s/ Patrick J. Heneghan*
Patrick J. Heneghan, Esq. (heneghan@sw.com)
Joseph J. Siprut, Esq.
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606-4617
(312) 701-9300
Fax: (312) 701-9335

Matthew B. Byrne, Esq.
Ross A. Feldmann, Esq.
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, Vermont  05402-0369
(802) 658-0220
Fax: (802) 658-658-1456

Admission *Pro Hac Vice* to be sought

2

## CERTIFICATE OF SERVICE

I, Patrick J. Heneghan, an attorney, certify that the foregoing **Defendant Champlain Cable Corporation's Agreed Motion For An Extension of Time in Which to Answer or Otherwise Plead** was filed electronically with the Clerk of the Court using the CM/ECF system on this 19th day of May, 2008, which will automatically send email notifications of such filing to the following:

| | |
|---|---|
| Harry D. Cornetti, Jr.<br>Thomas W. Baker<br>Tucker Ellis & West LLP<br>925 Euclid Avenue<br>1150 Huntington Building<br>Cleveland, OH 44115-1475<br>216.592.5000<br><br>*Lead Counsel for Otis Elevator Company* | Steven P. Rouse<br>Menges & Molzahn, LLC<br>20 North Clark Street<br>Suite 2300<br>Chicago, IL 60602<br>312.553.8632<br>spr@menges.com<br><br>*Local Counsel for Otis Elevator Company* |

John W. Bell
William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
312.456.5202
bellj@jbltd.com

*Lead Counsel for Emerson Electric Company*

                                                     /s/Patrick J. Heneghan