# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMERSON ELECTRIC COMPANY d/b/a )<br>U.S. ELECTRICAL MOTORS, INC. )<br>)<br>-and- )<br>)<br>CHAMPLAIN CABLE CORPORATION )<br>)<br>Defendants. ) | Case No. 08 C 1107<br><br>Hon. Ronald A. Guzman<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in Room 1219 of the Everett McKinley Dirksen Building, Chicago, Illinois, and then and there present **Defendant Champlain Cable Corporation's Agreed Motion for An Extension of Time In Which to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

181581_1.DOC

Dated:  May 19, 2008	Respectfully submitted,

/s/ Patrick J. Heneghan
Patrick J. Heneghan, Esq. (heneghan@sw.com)
Joseph J. Siprut, Esq.
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606-4617
(312) 701-9300
Fax: (312) 701-9335

Matthew B. Byrne, Esq.
Ross A. Feldmann, Esq.
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, Vermont  05402-0369
(802) 658-0220
Fax: (802) 658-658-1456

Admission *Pro Hac Vice* to be sought

## **CERTIFICATE OF SERVICE**

I, Patrick J. Heneghan, an attorney, certify that the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 19th day of May, 2008, which will automatically send email notifications of such filing to the following:

| | |
|---|---|
| Harry D. Cornetti, Jr.<br>Thomas W. Baker<br>Tucker Ellis & West LLP<br>925 Euclid Avenue<br>1150 Huntington Building<br>Cleveland, OH 44115-1475<br>216.592.5000<br><br>*Lead Counsel for Otis Elevator Company* | Steven P. Rouse<br>Menges & Molzahn, LLC<br>20 North Clark Street<br>Suite 2300<br>Chicago, IL 60602<br>312.553.8632<br>spr@menges.com<br><br>*Local Counsel for Otis Elevator Company* |

John W. Bell
William G. Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
312.456.5202
bellj@jbltd.com

*Lead Counsel for Emerson Electric Company*

                                                */s/Patrick J. Heneghan*