WGB/lmm/Doc#1864017                                                    4623-08006

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:08-cv-01107 |
| ) | |
| EMERSON ELECTRIC CO. d/b/a ) | Judge Ronald A. Guzman |
| U. S. ELECTRICAL MOTORS, INC., and ) | Magistrate Judge Sidney I. Schenkier |
| CHAMPLAIN CABLE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Clerk of the United States District Court
      Northern District of Illinois, Eastern Division
      219 S. Dearborn Street
      Chicago, IL 60604

      Attorneys of Record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Ronald A. Guzman, Room 1219, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached *Agreed Motion for an Enlargement of Time for the Filing of Defendants' Responsive Pleadings,* a copy of which is hereby served upon you.

                                        s/ William G. Beatty
                                        William G. Beatty Bar Number: 03121542
                                        One of the attorneys for Defendant
                                            Emerson Electric Co.
                                        Of Counsel
                                        Johnson & Bell, Ltd.
                                        33 West Monroe Street, Suite 2700
                                        Chicago, IL 60603
                                        Telephone: (312) 372-0770
                                        Fax: (312) 372-2881
                                        E-mail: beattyw@jbltd.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record as listed below:

*Attorneys for Plaintiff*
Harry D. Cornett, Jr., Esq.
Thomas W. Baker, Esq.
Tucker Ellis & West LLP
925 Euclid Avenue
1150 Huntington Building
Cleveland, OH 44115-1414
216/592-5000  F: 216/592-5009
harry.cornett@tuckerellis.com
thomas.baker@tuckerellis.com

*Attorneys for Champlain Cable Corporation*
Patrick J. Heneghan, Esq.
Joseph J. Siprut, Esq.
Schopf& Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
312/701-9300  F: 312/701-9335
heneghan@sw.com
siprut@sw.com

*Attorneys for Plaintiff*
Steven P. Rouse, Esq.
Menges & Molzahn, L.L.C.
20 N. Clark Street, Suite 2300
Chicago, IL 60602-5002
312/916-1880  F: 312/917-1851
spr@menges.com

           **s/ William G. Beatty**
           William G. Beatty Bar Number: 03121542
           One of the attorneys for Defendant
            Emerson Electric Co.
           Of Counsel
           Johnson & Bell, Ltd.
           33 West Monroe Street, Suite 2700
           Chicago, IL 60603
           Telephone: (312) 372-0770
           Fax: (312) 372-2881
           E-mail: beattyw@jbltd.com