# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 C 1107

Otis Elevator Company, Plaintiff
v.
Emerson Electric Company d/b/a U.S. Electrical Motors, Inc.,
and Champlain Cable Corporation,
Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Champlain Cable Corporation

| | |
|---|---|
| NAME (Type or print) <br> Matthew B. Byrne | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew B. Byrne | |
| FIRM <br> Gravel and Shea | |
| STREET ADDRESS <br> 76 St. Paul Street, 7th Floor, P. O. Box 369 | |
| CITY/STATE/ZIP <br> Burlington, VT  05402-0369 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256925 | TELEPHONE NUMBER <br> 802-658-0220 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |