## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY, | ) | CASE NO. 08 C 1107 |
| | ) | |
| Plaintiff, | ) | JUDGE RONALD A. GUZMAN |
| | ) | Magistrate Judge Sidney I. Schenkier |
| -vs.- | ) | |
| | ) | |
| EMERSON ELECTRIC COMPANY dba | ) | |
| U.S. ELECTRICAL MOTORS, INC., et al., | ) | **JOINT MOTION TO CONTINUE CASE STATUS HEARING** |
| | ) | |
| Defendants. | ) | |

The parties, through their counsel, respectfully request that this Court continue the Status Hearing currently set for June 20, 2008 at 9:30 a.m. for 90 days. Representatives of the three parties to this lawsuit and their counsel participated in a joint meeting and information exchange in Chicago on June 3, 2008. The parties agreed to continue their investigation and dialogue in joint pursuit of a resolution and/or compromise to the dispute which underlies this suit.

In an effort to continue this process in a productive and meaningful manner while avoiding the expense incident to planning, preparing for, and participating in a status conference, the parties request that the Court re-set the June 20, 2008 hearing 90 days from that date.

Respectfully submitted,

s/Thomas W. Baker
HARRY D. CORNETT, JR. (*pro hac vice*)
THOMAS W. BAKER (*pro hac vice*)
Tucker Ellis & West LLP
925 Euclid Avenue
1150 Huntington Building
Cleveland, Ohio  44115-1414
Telephone:    (216) 592-5000
Facsimile:     (216) 592-5009
E-Mail:         HCornett@tuckerellis.com
                     TBaker@tuckerellis.com

STEVEN P. ROUSE (6189672)
MENGES & MOLZAHN, L.L.C.
20 North Clark Street, Suite 2300
Chicago, IL  60602-5002
Telephone:    (312) 917-1880
Facsimile:     (312) 917-1851
E-Mail:         pcr@menges.com

*Attorneys for Plaintiff*
*Otis Elevator Company*

s/William G. Beatty
JOHN W. BELL
WILLIAM G. BEATTY
Johnson & Bell Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL  60603-5404
Telephone:    (312) 372-0770
Facsimile:     (312) 372-9818
E-Mail:         Beattyw@jbltd.com
                     Bellj@jbltd.com

*Attorneys for Defendant*
*Emerson Electric Company dba*
*U.S. Electrical Motors, Inc.*

-3-

        s/Matthew B. Byrne
        MATTHEW B. BYRNE
        76 St. Paul Street
        P.O. Box 369
        Burlington, VT  05402-0369
        Telephone:   (802) 658-0220
        Facsimile:    (802) 658-1456
        E-Mail:       MByrne@gravelshea.com


        PATRICK J. HENEGHAN
        JOSEPH J. SIPRUT
        SCHOPF & WEISS LLP
        One South Wacker Drive
        28th Floor
        Chicago, Illinois 60606
        Telephone:   (312) 701-9300
        Facsimile:    (312) 701-9335
        E-Mail:       Heneghan@sw.com
                        Siprut@sw.com

        *Attorneys for Defendant*
        *Champlain Cable Corporation*