**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Otis Elevator Company

                              Plaintiff,

v.                                             Case No.: 1:08−cv−01107
                                                      Honorable Ronald A. Guzman

Emerson Electric Company, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:The parties have filed a joint motion to reset the inital status hearing [30], but have not provided a notice of motion as required. The Court will overlook this deficiency this time, but advises the parties to comply in the future. The Court grants in part and denies in part the motion [30] because the parties have already had over 2.5 months to discuss a resolution of this case. Status hearing set for 6/20/08 is reset to 7/16/08 at 9:30 a.m. No further extensions.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.