WGB/lmm/Doc#1883440                                                                 4623-08006

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:08-cv-01107 |
| ) | |
| EMERSON ELECTRIC CO. d/b/a ) | Judge Ronald A. Guzman |
| U. S. ELECTRICAL MOTORS, INC., and ) | Magistrate Judge Sidney I. Schenkier |
| CHAMPLAIN CABLE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Clerk of the United States District Court
      Northern District of Illinois, Eastern Division
      219 S. Dearborn Street
      Chicago, IL 60604

Attorneys of Record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on Thursday, June 26, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Ronald A. Guzman, Room 1219, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached *Agreed Motion of Defendant, Emerson Electric Co., for an Enlargement of Time for the Filing of Responsive Pleadings,* a copy of which is hereby served upon you.

                                                    **s/ William G. Beatty**
                                                    William G. Beatty Bar Number:  03121542
                                                    One of the attorneys for Defendant
                                                         Emerson Electric Co.
                                                    Of Counsel
                                                    Johnson & Bell, Ltd.
                                                    33 West Monroe Street, Suite 2700
                                                    Chicago, IL 60603
                                                    Telephone:  (312) 372-0770
                                                    Fax:  (312) 372-2881
                                                    E-mail:  beattyw@jbltd.com

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            **s/ William G. Beatty**
                                            William G. Beatty Bar Number:  03121542
                                            One of the attorneys for Defendant
                                                 Emerson Electric Co.
                                            Of Counsel
                                           Johnson & Bell, Ltd.
                                           33 West Monroe Street, Suite 2700
                                           Chicago, IL 60603
                                           Telephone:  (312) 372-0770
                                           Fax:  (312) 372-2881
                                           E-mail:  beattyw@jbltd.com