UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Otis Elevator Company
                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−01107
                                                      Honorable Ronald A. Guzman

Emerson Electric Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:The Court grants in part and denies in part the motion by Defendant Emerson Electric Company for extension of time to file response as to complaint [31] because the parties have already had over 2.5 months to discuss a resolution of this case. Response is due 7/15/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.