## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR COMPANY, ) | CASE NO. 08 C 1107 |
| ) | |
| Plaintiff, ) | JUDGE RONALD A. GUZMAN |
| ) | Magistrate Judge Sidney I. Schenkier |
| -vs.- ) | |
| ) | |
| EMERSON ELECTRIC COMPANY dba ) | |
| U.S. ELECTRICAL MOTORS, INC., et ) | **STIPULATION OF DISMISSAL OF** |
| al., ) | **DEFENDANT CHAMPLAIN CABLE** |
| ) | **WITHOUT PREJUDICE** |
| Defendants. ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the Defendant Champlain Cable Corporation is dismissed, without prejudice to re-filing.

Respectfully submitted,

*s/Thomas W. Baker*
HARRY D. CORNETT, JR. (*pro hac vice*)
THOMAS W. BAKER (*pro hac vice*)
Tucker Ellis & West LLP
925 Euclid Avenue
1150 Huntington Building
Cleveland, Ohio  44115-1414
Telephone:	(216) 592-5000
Facsimile:	(216) 592-5009
E-Mail:	HCornett@tuckerellis.com
	TBaker@tuckerellis.com

STEVEN P. ROUSE (6189672)
Menges & Molzahn, L.L.C.
20 North Clark Street, Suite 2300
Chicago, IL  60602-5002
Telephone:	(312) 917-1880
Facsimile:	(312) 917-1851
E-Mail:	pcr@menges.com

*Attorneys for Plaintiff*
*Otis Elevator Company*


*s/William G. Beatty*
JOHN W. BELL
WILLIAM G. BEATTY
Johnson & Bell Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL  60603-5404
Telephone:	(312) 372-0770
Facsimile:	(312) 372-9818
E-Mail:	Beattyw@jbltd.com
	Bellj@jbltd.com

*Attorneys for Defendant*
*Emerson Electric Company dba*
*U.S. Electrical Motors, Inc.*

-3-

       *s/Matthew B. Byrne*
       MATTHEW B. BYRNE
       Gravel & Shea
       76 St. Paul Street
       P.O. Box 369
       Burlington, VT  05402-0369
       Telephone: (802) 658-0220
       Facsimile: (802) 658-1456
       E-Mail: MByrne@gravelshea.com


       PATRICK J. HENEGHAN
       JOSEPH J. SIPRUT
       Schopf & Weiss Llp
       One South Wacker Drive
       28th Floor
       Chicago, Illinois 60606
       Telephone: (312) 701-9300
       Facsimile: (312) 701-9335
       E-Mail: Heneghan@sw.com
           Siprut@sw.com

       *Attorneys for Defendant*
       *Champlain Cable Corporation*