WGB/lmm/Doc#1900762   4623-08006

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:08-cv-01107 |
| ) | |
| EMERSON ELECTRIC CO. d/b/a ) | Judge Ronald A. Guzman |
| U. S. ELECTRICAL MOTORS, INC., and ) | Magistrate Judge Sidney I. Schenkier |
| CHAMPLAIN CABLE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Clerk of the United States District Court
Northern District of Illinois, Eastern Division
219 S. Dearborn Street
Chicago, IL 60604

Attorneys of Record

PLEASE TAKE NOTICE that on Wednesday, July 16, at 9:30 a.m., I shall appear before the Honorable Judge Ronald A. Guzman, Room 1219, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached *Agreed Motion of Defendant Emerson Electric Co. for a Final 10-day Enlargement of Time in Which to File its Answer and Affirmative Defenses to Plaintiff's Complaint,* a copy of which is hereby served upon you.

**s/ William G. Beatty**
William G. Beatty Bar Number:  03121542
One of the attorneys for Defendant
   Emerson Electric Co.
Of Counsel
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone:  (312) 372-0770
Fax:  (312) 372-2881
E-mail:  beattyw@jbltd.com

- 2 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

               **s/ William G. Beatty**
               William G. Beatty Bar Number:  03121542
               One of the attorneys for Defendant
                 Emerson Electric Co.
               Of Counsel
               Johnson & Bell, Ltd.
               33 West Monroe Street, Suite 2700
               Chicago, IL 60603
               Telephone:  (312) 372-0770
               Fax:  (312) 372-2881
               E-mail:  beattyw@jbltd.com