# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1107 | **DATE** | 7/16/08 |
| **CASE TITLE** | Otis Elevator Company vs. Emerson Electric Company et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant Champlain Cable Corporation is dismissed without prejudice. Defendant Emerson to answer, file affirmative defenses, and third party complaint by 7/31/08. Court adopts proposed discovery schedule. Rule 21(a)(1) disclosures by 8/15/08. Amend pleadings and joinder of parties by 9/15/08. Fact discovery closes 3/27/09. Expert disclosure by 4/27/09. Responsive expert disclosures by 6/1/09.. Rebuttal expert disclosures by 6/30/09. Expert discovery to be completed by 8/21/09. Dispositive motions to be filed on or before 9/25/09. Status hearing set for 4/8/09 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|