WGB/lmm/Doc#1910894                                                                                           4623-08006

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OTIS ELEVATOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EMERSON ELECTRIC CO. d/b/a )<br>U. S. ELECTRICAL MOTORS, INC., )<br>)<br>Defendant. ) | No. 1:08-cv-01107<br><br>Judge Ronald A. Guzman<br>Magistrate Judge Sidney I. Schenkier |

### NOTICE OF MOTION

TO:   Clerk of the United States District Court
       Northern District of Illinois, Eastern Division
       219 S. Dearborn Street
       Chicago, IL 60604

       Attorneys of Record

   PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Ronald A. Guzman, Room 1219, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached *Motion of Defendant, Emerson Electric Co., for Leave to Defer the Filing of its Third-Party Complaint,* a copy of which is hereby served upon you.

                                                                   **s/ William G. Beatty**
                                                                   William G. Beatty Bar Number:  03121542
                                                                   One of the attorneys for Defendant
                                                                       Emerson Electric Co.
                                                                   Of Counsel
                                                                   Johnson & Bell, Ltd.
                                                                   33 West Monroe Street, Suite 2700
                                                                   Chicago, IL 60603
                                                                   Telephone:  (312) 372-0770
                                                                   Fax:  (312) 372-2881
                                                                   E-mail:  beattyw@jbltd.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      **s/ William G. Beatty**
William G. Beatty Bar Number: 03121542
One of the attorneys for Defendant
    Emerson Electric Co.
Of Counsel
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-2881
E-mail: beattyw@jbltd.com