# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Otis Elevator Company

                                          Plaintiff,

v.                                                                              Case No.: 1:08–cv–01107
                                                                             Honorable Ronald A. Guzman

Emerson Electric Company, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Plaintiff not in court. Motion hearing held on 8/5/2008. Motion by Defendant Emerson Electric Company to DEFER FILING OF ITS THIRD−PARTY COMPLAINT [43] is granted to and including 9/15/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.